FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 5:26 CR 370 |
| | ) | Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) |
| JOHN WATKINS, | ) | |
| Defendant. | ) | JUDGE CALABRESE |

COUNT 1
(Possession with Intent to Distribute Synthetic Cannabinoids,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about October 16, 2025, in the Northern District of Ohio, Eastern Division, Defendant JOHN WATKINS knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of MDMB-4en-PINACA, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853. As a result of the foregoing offense, Defendant JOHN WATKINS shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the offense charged herein; and

any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.